**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

:
　　CV-05-5920(SRC)

ORTHO-MCNEIL PHARM.

　　　VS.

COBALT PHARM.

　　　　　　　　　　:CLERK'S CERTIFICATE OF
　　　　　　　　　　CASH DEPOSIT

　　　　　　　　　　:

　　　　　　　　　　:

　　　　　　　　　　:

I hereby certify that on ____ 2/9/07, $100.00 was ____

deposited in the Registry representing payment in lieu of surety purs
to Court's Order of 1/9/07.

Very truly yours,

William T. Walsh, Clerk

by: _Sheree Laimis_ 2/14/07
　　_Deputy Clerk_